No. 404. EL PUEBLO v. LUCERO.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en febrero 8, 1912. Confirmada la sentencia apelada. Abogado del apelante: Sr. Cayetano Coll y Cuchí. Abogado del apelado: Sr. Charles E. Foote, Fiscal.

No. 409. EL PUEBLO v. CUADRA ET AL.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en febrero 8, 1912. Confirmada la sentencia apelada. La parte apelante no compareció. Abogado del apelado: Sr. Charles E. Foote, Fiscal.

No. 408. EL PUEBLO v. CABALLERO.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en febrero 9, 1912. Confirmada la sentencia apelada. La parte apelante no compareció. Abogado del apelado: Sr. Charles E. Foote, Fiscal.

No. 805. OLIVAR ET AL. v. RIJOS ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para desestimar la apelación por no haberse presentado la transcripción de autos. Resuelto en febrero 12, 1912. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por la ley de marzo 9, 1911. Abogado de los promoventes: Sr. José G. Torres. Abogado de la parte contraria: Sr. Manuel F. Rossy.